IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FLOYD TRAVIS ROPER, | Case No. 6:23-cv-01907-SB |
| Petitioner, | **JUDGMENT** |
| v. | |
| SHERIFF LANDERS, | |
| Respondent. | |

**Hernández, District Judge.**

Based on the record, IT IS ORDERED AND ADJUDGED that this proceeding is DISMISSED, without prejudice.

**IT IS SO ORDERED.**

DATED this __10__ day of January, 2024.

MARCO A. HERNÁNDEZ
United States District Judge

PAGE 1 – JUDGMENT